KATHLEEN C. ARANCIO, ETC. v. ST. BARNABAS
MEDICAL CENTER.

April 28, 1987.

Petition for certification denied.

EDDY ZEIBENBERG, M.D. v. IGNACIO CRUZ, M.D.

April 28, 1987.

Petition for certification denied.

IN RE WEISS, HEALEY & REA AND INDIVIDUALLY, JOSEPH
C. WEISS, JAMES F. HEALEY AND THOMAS REA.

April 28, 1987.

The petition for review of the Advisory Committee on Profes-
sional Ethics Opinion Number 593, entitled *Limitations of
Firm Names: Associates, Employees, and In-House Counsel
Appearing in a Law Firm's Name,* is granted.